1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700



FILED
DEC 13 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN MICHAEL DIAL,<br>　aka Thomas R. Cuni,<br><br>　　　　Defendant. | Case No. 2:12-cr-0441 MCE<br><br>ORDER TO SEAL<br><br>(UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Kyle Reardon to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: 12-13-12

_____
EDMUND F. BRENNAN
United States Magistrate Judge

FILED

DEC 13 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN MICHAEL DIAL,<br>  aka Thomas R. Cuni<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  2:12-cr-0441 MCE<br>)<br>)<br>)<br>)<br>)<br>) |

SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case and this Sealing Order shall be sealed until the defendant's arrest or until further order of the Court.

DATED: 12-13-12

_____
EDMUND F. BRENNAN
United States Magistrate Judge