KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Ste 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for JOHN DIAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, ) | | No. 2:12-CR-00441MCE |
| Plaintiff, ) | | |
| ) | | STIPULATION AND |
| v. ) | | ORDER TO CONTINUE |
| ) | | STATUS CONFERENCE |
| ) | | |
| JOHN DIAL ) | | |
| ) | | Date: 7-31-14 |
| Defendant. ) | | Time: 9:00 a.m. |
| _____) | | Judge: Hon. Morrisson C. England |

Plaintiff United States of America, by and through its counsel of record, and defendant John Dial, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 10, 2014.

2. By this stipulation, defendant now moves to continue the status conference until July 31, 2014, and to exclude time between July 10, 2014 and July 31, 2014, under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

-1-

a.     The government has provided discovery for this case and the matters pending in other jurisdictions.  The government and counsel for Mr. Dial are trying to resolve these matters globally.  The parties have been discussing a potential resolution and expect the case to resolve on July 31, 2014.

b.     Counsel for defendant has provided the discovery to the defendant but desires additional time to complete the review of discovery with Mr. Dial, to conduct defense investigation, and to discuss potential resolutions with her client.  Counsel is continuing to engage in negotiations with the government.

c.     Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.     The government does not object to the continuance.

e.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 10, 2014 to July 31, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 9, 2014                              Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kelly Babineau
　　　　　　　　　　　　　　　　　　　　　　　　　　KELLY BABINEAU
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for John Dial


Dated: July 9, 2014                              /s/ Kyle Reardon
　　　　　　　　　　　　　　　　　　　　　　　　　　Kelly Babineau for:
　　　　　　　　　　　　　　　　　　　　　　　　　　KYLE REARDON
　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney


**ORDER**

　　　IT IS SO FOUND AND ORDERED.

Dated: July 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT