IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　Plaintiff,　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>JOHN MICHAEL DIAL,　　　　　)<br>　aka Thomas R. Cuni,　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　　Defendant.　　　　　　　)<br>　　　　　　　　　　　　　　　) | CASE NO. 2:12-cr-00441 MCE<br><br>**ORDER** |

Pursuant to the stipulation between the parties and for good cause shown, the Court finds that:

　　1.　　The amount of loss suffered by each victim as set forth in the Stipulation is supported by a preponderance of the evidence.

　　2.　　Pursuant to 18 U.S.C. § 3664(f), the Court may order restitution to each victim in the full amount of each victim's losses without consideration of Defendant's economic circumstances.  In any event, as stipulated by the parties, Defendant possesses financial resources and future earning capacity sufficient to support payment of restitution as set forth in the Stipulation.

　　3.　　Defendant agrees to pay restitution as set forth in the Stipulation and waives, to the full extent of the law, any appeal, collateral attack, or other challenge to the Court's restitution order.  Defendant further agrees not to attempt to discharge in bankruptcy proceedings any payment obligations under the restitution order imposed by the Court pursuant to the Stipulation.

　　**Accordingly**, pursuant to the Stipulation between the parties and for good cause shown, it is hereby

　　**ORDERED,** that Defendant shall pay restitution to the victims and in the amounts that follow:

| Name of Payee | Restitution Ordered | Priority or Percentage |
|---|---|---|
| TriState CareFlight, LLC<br>2000 Highway 95, Suite 210<br>Bullhead City, AZ 86442 | $14,000 | Proportional up to 100% |
| EMS Air Services of NY, Inc.<br>2420 Brickyard Road<br>Canandaigua, NY 14424 | $14,000 | Proportional up to 100% |
| Mountain Lifeflight<br>710 Ash Street<br>Susanville, CA 96130 | $14,000 | Proportional up to 100% |
| **TOTAL:** | **$42,000** | |

And it is further

**ORDERED,** that during his imprisonment, Defendant shall make restitution payments at a rate of not less than $25 per quarter, through the Bureau of Prisons Inmate Financial Responsibility Program.  And it is further

**ORDERED,** that, pursuant to 18 U.S.C. § 3612(f), Defendant shall pay interest on restitution greater than $2,500, unless the restitution is paid in full before the fifteenth day after the date of the amended judgment issued by the Court in this matter.  And it is further

**ORDERED,** that the restitution hearing scheduled for December 18, 2014 is **VACATED**.  And it is further

**ORDERED**, that Defendant is remanded to the custody of the Bureau of Prisons for completion of his custodial sentence.

///

///

///

///

///

1 | The Court shall issue an Amended Judgment and Commitment ordering Defendant
2 | to pay restitution consistent with this Order.
3 |     IT IS SO ORDERED.
4 | Dated: December 11, 2014

                    _____
                    MORRISON C. ENGLAND, JR., CHIEF JUDGE
                    UNITED STATES DISTRICT COURT